IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JIMMIE D. ROSS and PAMELA A. ROSS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:05-CV-075 ) |
| CHASE BANK, AMBROSE, WILSON, GRIMM & DURAND, CHRISTOPHER W. CONNER, TELFORD E. FORGETY, JR., R-MAC DEVELOPMENT, LLC, and MARTIN I. RAVIN, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

It is hereby **ORDERED** that the "Motion to Substitute Counsel for Ambrose, Wilson, Grimm & Durand and Christopher W. Conner" [doc. 24] is **GRANTED**. Frank Q. Vettori is **SUBSTITUTED** as attorney of record for the above-named defendants.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge