IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JIMMIE D. ROSS and PAMELA A. ROSS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:05-CV-075 |
| CHASE BANK, AMBROSE, WILSON, GRIMM & DURAND, CHRISTOPHER W. CONNER, TELFORD E. FORGETY, JR., R-MAC DEVELOPMENT, LLC, and MARTIN I. RAVIN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the court **GRANTS** the motions to dismiss filed by: (1) R-Mac Development, L.L.C. and Martin I. Ravin [doc. 11]; (2) Christopher W. Conner and Ambrose, Wilson, Grimm & Durand [doc. 25]; and (3) Chase Bank [doc. 29]. In addition, plaintiffs' response to the motion of defendants Conner and Ambrose, Wilson, Grimm & Durand, which plaintiffs filed as a motion to strike, is **DENIED** for the same reasons. This civil action is **DISMISSED**.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge