No: 05-5882

**FILED**

Filed: February 22, 2006

2006 FEB 24 P 12:18

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

JIMMIE D. ROSS; PAMELA ROSS

    Plaintiffs - Appellants

v.

CHASE BANK; AMBROSE, WILSON, GRIMM & DURAND; CHRISTOPHER CONNER; TELFORD E. FOGERTY, JR.; R-MAC DEVELOPMENT, LLC; MARTIN RAVIN

    Defendants - Appellees

**MANDATE**

Pursuant to the court's disposition that was filed 1/31/06 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS: NO COSTS

Filing Fee ..........$
Printing ............$

    Total ........$

Diane Schnur
Deputy Clerk